UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN J. BURLINGAME, | : | No. 3:12-CV-00041 (SRU) |
| *Plaintiff*, | : | |
| v. | : | |
| MARTIEN EERHARD, and REAL GALLANT, | : | |
| *Defendants*. | : | JUNE 8, 2012 |

## PLAINTIFF'S LOCAL RULE 56(A)(1) STATEMENT

1. On January 9, 2008, the Atwells Avenue Trust (the "Trust") executed a $125,000 promissory note in favor of Stephen J. Burlingame (the "Note"). A true and accurate copy of the Note was attached and incorporated into the Complaint filed in this action on January 9, 2012. (Dkt. # 1-1.) For the Court's convenience, a true and accurate copy of the Note is attached hereto as **Exhibit 1**.

2. The Note establishes that the Trust promised to pay $125,000 to Burlingame "on or before April 30, 2008." (Note, p. 1.)

3. The Note establishes that the Trust also promised to pay Burlingame four consecutive monthly installments of $1,562.50 in interest only, the first of which was due on January 30, 2008. (Note, p. 1.)

4. The Note provides that it "shall become immediately due and payable without notice or demand upon the occurrence at any time of any of the [subsequently enumerated] events of default[.]" (Note, p. 1.)

5. The Note provides that "default of any liability, obligation or undertaking of the

   Borrower, hereunder or otherwise, including failure to pay in full and when due any installment of principal or interest[,]" is an event of default.  (Note, p. 1.)

6. The Note provides that "[t]he liabilities of the Borrower and any endorser or guarantor of this Note are joint and several[.]"  (Note, p. 2.)

7. The Note provides that "[t]he Borrower and each endorser and guarantor of this Note agree to pay, upon demand, costs of collection of the principal and interest of this Note, including without limitation reasonable attorneys' fees."  (Note, p. 2.)

8. The Note provides that it "shall be governed by the laws of The State of Rhode Island."  (Note, p. 2.)

9. The Note is signed by Martien Eerhart, in his capacity as Trustee of the Atwells Avenue Trust, as "Borrower."  (Note, pp. 1, 3.)

10. The Note is signed by Martien Eerhart as "Personal Guarantor."  (Note, p. 3.)

11. The Note is signed by Real Gallant as "Personal Guarantor."  (Note, p. 3.)

12. The Trust has failed to pay the amounts due under the Note when they became due and refuses to pay those amounts.  (Declaration of Stephen J. Burlingame ("Burlingame Declaration"), attached hereto as **Exhibit 2**, ¶ 5.)

13. The Note's entire unpaid balance is due and payable as a consequence of the Trust's failure to pay as agreed.  (Note, p. 1.)

14. As of March 30, 2012, the total principal due and payable under the Note is $125,000.00.  (Burlingame Declaration, ¶ 6.)

15. As of March 30, 2012, the total interest due and payable under the Note is $62,888.83.  (Burlingame Declaration, ¶ 6.)

16. As of March 30, 2012, the total amount due and payable under the Note is $187,888.83.

      (Burlingame Declaration, ¶ 6.)

17. Interest continues to accrue under the terms of the Note at a rate of approximately $51.37 per day.  (Burlingame Declaration, ¶ 7.)

18. Burlingame, in his attempts to recover these sums, has incurred, and will continue to incur, costs and attorneys' fees.  (Burlingame Declaration, ¶ 8.)

Dated at Glastonbury, Connecticut,  
this 8th day of June, 2012.

THE PLAINTIFF,  
STEPHEN J. BURLINGAME

By: _____  
William E. Murray (ct19717)  
Gordon & Rees LLP  
95 Glastonbury Boulevard  
Glastonbury, CT 06033  
Tel: (860) 278-7448  
Fax: (860) 560-0185  
wmurray@gordonrees.com

**CERTIFICATION OF SERVICE**

    I hereby certify that on June 8, 2012, the foregoing was electronically filed and served by mail on anyone unable to receive notice of electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive notice of electronic filing as indicated in the Notice of Electronic Filing. Parties may access this document through the Court's CM/ECF System.

                                                                                                             William E. Murray